IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **JIMMIE J. BRYANT,** : | |
| : | |
| **Petitioner,** : | |
| : | NO. 4:21-CV-00181-CDL-MSH |
| **VS.** : | |
| : | |
| **MUSCOGEE COUNTY JAIL,** : | |
| : | |
| **Respondent.** : | |
| : | |

# ORDER

*Pro se* Petitioner Jimmie J. Bryant, whose present whereabouts are not known for sure, filed a 42 U.S.C. § 1983 complaint while he was an inmate at the Muscogee County Jail in Columbus, Georgia.  ECF No. 1.  Petitioner also filed a motion to proceed *in forma pauperis* for prisoners.  ECF No. 2.  On November 2, 2021, Petitioner's request to proceed *in forma pauperis* (ECF No. 2) was denied and he was ordered to pay the $5.00 filing fee (ECF No. 5).  Petitioner was further ordered to recast his petition and provided instructions on how to do so.  ECF No. 5.  Petitioner was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of his action. *Id*.  Petitioner failed to respond.

Therefore, on November 29, 2021, the Court notified Petitioner that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to comply and diligently prosecute his claims.  ECF No. 7.  The Court unambiguously informed Petitioner that his action would be dismissed if he failed to

1

respond. *Id*. Petitioner was given fourteen (14) days to respond and he failed to do so.

Additionally, mail sent to Petitioner at the Muscogee County jail address has been returned to the Court with notations indicating that the Petitioner may no longer be incarcerated at that facility. ECF Nos. 6 and 8. The Petitioner has not otherwise notified the Court of his current address.

Due to Petitioner's failure to follow the Court's Orders, failure to keep the Court informed of his address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 21st day of December, 2021.

    S/Clay D. Land
    CLAY D. LAND, JUDGE
    UNITED STATES DISTRICT COURT